

**ORDERED in the Southern District of Florida on January 21, 2013.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 12-26881-RAM |
| KM CONTRACTING, INC., | Chapter 7 |
|     Debtor. | |

_____/
MARIA YIP, as Trustee for the estate
of KM CONTRACTING, INC.,                    ADV.  NO. 12-02021-RAM

    Plaintiff
v.

J.H. ZIDELL, P.A.,
    Defendant
_____/

### SUMMARY FINAL JUDGMENT AGAINST
### DEFENDANT J.H. ZIDELL, P.A.

THIS Court having entered its _Order Granting Trustee's Cross Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment,_   it is hereby

**ORDERED, ADJUDGED AND DECREED,** that  Plaintiff,  MARIA YIP, as Trustee for the

estate  of KM CONTRACTING, INC., 201 Alhambra Circle, Suite 501, Coral Gables, FL 33134, has

a judgment against Defendant J. H. Zidell, P.A.,  whose address is  300 71st Street, Suite 605, Miami

-2-

Beach, FL 33141, in the liquidated amount of **$14,333.32**, plus **$293.00** filing fee for a total

judgment of **$14,626.32**, plus per diem post judgment interest at the rate set forth and provided in

28 U.S.C. §1961 thereafter, for which  let execution issue; it is further

      **ORDERED,** that this Court shall retain jurisdiction  to consider  supplemental execution

matters.

###

Submitted by:

Brian S. Behar, Esquire
bsb@bgglaw.com
Behar, Gutt & Glazer, P.A.
2999 N.E. 191st Street, Fifth Floor
Aventura, Florida 33180
(305) 931-3771

Attorney Brian S. Behar  is directed to serve a conformed copy of this Order upon all interested parties immediately upon
receipt.